IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL IBARRA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRED FIGUEROA, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-7159 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: May 28, 2015         _____
                           HON. OTIS D. WRIGHT II
                           UNITED STATES DISTRICT JUDGE

2