# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL IBARRA,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FIGUEROA, Warden,<br><br>    Respondent. | Case No. CV 14-7159 ODW (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 28, 2015

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE